IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DONNELL FLOURNOY, #126 385,   *

    Plaintiff,   *

    v.   *   1:11-CV-754-TMH
           (WO)
JACK A. BLUMENFELD,   *

    Defendant.   *

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #7) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #7) of the Magistrate Judge is ADOPTED and this case is DISMISSED with prejudice.

Done this 18th day of November, 2011.

                    /s/ Truman M. Hobbs

                    _____
                    UNITED STATES DISTRICT JUDGE