IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNELL FLOURNOY, #126 385, | * | |
| Plaintiff, | * | |
| v. | * | 1:11-CV-754-TMH (WO) |
| JACK A. BLUMENFELD, | * | |
| Defendant. | * | |

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendant.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 18th day of November, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE